570

Will H. Wade, Appellant, v. Dayton Keith et al., Appellees.

Gen. No. 40,753.

opinion filed December 13, 1939. C. A. Caplow, for appellant; Vincent G. Gallagher, of counsel; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellees; Jesse H. Brown, of counsel. Opinion by JUSTICE BURKE. "Not to be published in full."